UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JEFFREY MAAG,            CHAPTER 13
           Debtor            CASE NO. 22-13092-PMM

_____

NATIONSTAR MORTGAGE, LLC,
           Movant

vs.

JEFFREY MAAG,
           Debtor

## ANSWER TO CERTIFICATION OF DEFAULT OF NATIONSTAR MORTGAGE, LLC. FOR RELIEF FROM AUTOMATIC STAY

Debtor, by and through his attorney, Brenna Hope Mendelsohn, Esquire, hereby responds to this Certification of Default of Nationstar Mortgage, LLC for Relief from the Automatic Stay as follows:

1. Debtor avers that payments under the Stipulation filed with this Honorable Court are current or will be current and respectfully requests this Honorable Court conduct a Hearing with respect to the alleged default.

WHEREFORE, Debtors respectfully request this Honorable Court deny the Motion to Nationstar Mortgage, LLC for Relief from Automatic Stay.

           Respectfully Submitted,

Dated: January 2, 2024            By:    /s/ Brenna H. Mendelsohn
           Brenna H. Mendelsohn, Esquire
           Attorney for Debtor