*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jeffrey Maag
    Debtor(s)

Case No: 22–13092–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor NATIONSTAR MORTGAGE LLC Filed by Jeffrey Maag

on: 1/25/24

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 1/2/24

Timothy B. McGrath
Clerk of Court

52 – 51
Form 167