## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>JEFFREY MAAG<br><br>Nationstar Mortgage LLC,<br>    Movant<br><br>vs.<br><br>JEFFREY MAAG ,<br>    Debtor<br>    And<br>Christina R Maag<br>    Co-Debtor | Case No. 22-13092-pmm<br>Chapter 13 |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

Nationstar Mortgage LLC ("Movant"), by and through its legal counsel, hereby withdraws its Certification Of Default filed on December 29, 2023, Docket Number 50.

This 22nd day of January, 2024.

                                          */s/Andrew Spivack*
                                          Andrew Spivack, PA Bar No. 84439
                                          Matthew Fissel, PA Bar No. 314567
                                          Mario Hanyon, PA Bar No. 203993
                                          Ryan Starks, PA Bar No. 330002
                                          Jay Jones, PA Bar No. 86657
                                          Attorney for Creditor
                                          BROCK & SCOTT, PLLC
                                          3825 Forrestgate Drive
                                          Winston Salem, NC 27103
                                          Telephone: (844) 856-6646
                                          Facsimile: (704) 369-0760
                                          E-Mail: PABKR@brockandscott.com

22-00524 BKAOD04

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>JEFFREY MAAG<br><br>Nationstar Mortgage LLC,<br>    Movant<br><br>vs.<br><br>JEFFREY MAAG ,<br>    Debtor<br>    And<br>Christina R Maag<br>    Co-Debtor | Case No. 22-13092-pmm<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Certification of Default has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

BRENNA HOPE MENDELSOHN, Debtor's Attorney
637 Walnut Street
Reading, PA 19601
tobykmendelsohn@comcast.net


SCOTT F WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107


22-00524 BKAOD04

Via First Class Mail:

JEFFREY MAAG
1804 SPRING STREET
BETHLEHEM, PA 18018


Christina R Maag
1804 Spring Street and 309 Mount Airy Avenue
Bethlehem, PA 18018


Date: <u>January 22, 2024</u>

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

22-00524 BKAOD04