| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-13092-PMM**

Jeffrey Maag
1804 Spring Street
Bethlehem  PA    18018

Petition Filed Date: 11/17/2022
341 Hearing Date: 01/10/2023
Confirmation Date: 04/20/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $250.00 | | 08/25/2023 | $250.00 | | 09/11/2023 | $250.00 | |
| 09/22/2023 | $250.00 | | 10/06/2023 | $250.00 | | 10/23/2023 | $250.00 | |
| 11/03/2023 | $250.00 | | 11/21/2023 | $250.00 | | 12/01/2023 | $250.00 | |
| 12/15/2023 | $250.00 | | 01/02/2024 | $250.00 | | 01/12/2024 | $250.00 | |
| 01/26/2024 | $250.00 | | 02/09/2024 | $250.00 | | 02/26/2024 | $250.00 | |
| 03/08/2024 | $250.00 | | 03/22/2024 | $250.00 | | 04/05/2024 | $250.00 | |
| 04/19/2024 | $250.00 | | 05/03/2024 | $250.00 | | 05/20/2024 | $250.00 | |
| 06/03/2024 | $250.00 | | 06/14/2024 | $250.00 | | 06/28/2024 | $250.00 | |
| 07/12/2024 | $250.00 | | 07/26/2024 | $250.00 | | | | |

**Total Receipts for the Period:  $6,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $5,175.00 | $5,175.00 | $0.00 |
| 1 | NATIONSTAR MORTGAGE LLC<br>»»  001 | Mortgage Arrears | $32,295.32 | $3,120.40 | $29,174.92 |
| 2 | NATIONSTAR MORTGAGE LLC<br>»»  01P | Secured Creditors | $5,455.16 | $527.10 | $4,928.06 |

**Chapter 13 Case No. 22-13092-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $10,000.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $8,822.50 | Arrearages: | $2,300.00 |
| Paid to Trustee: | $952.50 | Total Plan Base: | $47,695.20 |
| Funds on Hand: | $225.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.