Office Mailing Address:                                                           Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                         Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                            P.O. Box 680
Reading, PA  19606                                                         Memphis, TN  38101-0680

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 22-13092-PMM**

Jeffrey Maag                                                           Petition Filed Date: 11/17/2022
1804 Spring Street                                                       341 Hearing Date: 01/10/2023
Bethlehem  PA    18018                                               Confirmation Date: 04/20/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/09/2024 | $250.00 | | 08/23/2024 | $250.00 | | 09/09/2024 | $250.00 | |
| 09/20/2024 | $250.00 | | 10/04/2024 | $250.00 | | 10/21/2024 | $250.00 | |
| 11/01/2024 | $250.00 | | 11/19/2024 | $250.00 | | 12/11/2024 | $3,055.00 | |
| 01/02/2025 | $375.00 | | 01/10/2025 | $375.00 | | 03/11/2025 | $400.00 | |
| 03/21/2025 | $375.00 | | 04/07/2025 | $375.00 | | 04/23/2025 | $375.00 | |
| 06/30/2025 | $350.00 | | 06/30/2025 | $50.00 | | 07/14/2025 | $375.00 | |
| 07/25/2025 | $375.00 | | | | | | | |

**Total Receipts for the Period: $8,480.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $18,730.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $5,175.00 | $5,175.00 | $0.00 |
| 1 | NATIONSTAR MORTGAGE LLC »» 001 | Mortgage Arrears | $32,295.32 | $9,881.12 | $22,414.20 |
| 2 | NATIONSTAR MORTGAGE LLC »» 01P | Secured Creditors | $5,455.16 | $1,669.08 | $3,786.08 |

**Chapter 13 Case No. 22-13092-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,730.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $16,725.20 | Arrearages: | $2,570.00 |
| Paid to Trustee: | $1,650.42 | Total Plan Base: | $47,695.20 |
| Funds on Hand: | $354.38 | | |

## NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.