Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jeffrey Maag
1804 Spring Street
Bethlehem, PA 18018

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-13092-PMM**

Petition Filed Date: 11/17/2022
341 Hearing Date: 01/10/2023
Confirmation Date: 04/20/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | $375.00 | | 08/22/2025 | $375.00 | | 09/30/2025 | $375.00 | |
| 10/01/2025 | $3,000.00 | | 10/03/2025 | $375.00 | | 10/20/2025 | $488.80 | |
| 11/03/2025 | $488.80 | | 11/17/2025 | $488.80 | | 01/28/2026 | $500.00 | |
| 02/06/2026 | $488.80 | | 02/23/2026 | $488.80 | | 03/12/2026 | $488.80 | |
| 03/23/2026 | $488.80 | | 04/03/2026 | $488.80 | | 04/17/2026 | $488.80 | |
| 05/01/2026 | $488.80 | | 05/15/2026 | $488.80 | | 06/01/2026 | $488.80 | |
| 06/12/2026 | $488.80 | | 07/27/2026 | $500.00 | | | | |

**Total Receipts for the Period: $11,854.40 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $30,812.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $5,175.00 | $5,175.00 | $0.00 |
| 1 | NATIONSTAR MORTGAGE LLC DBA MR COOPER »» 001 | Mortgage Arrears | $32,295.32 | $19,345.56 | $12,949.76 |
| 2 | NATIONSTAR MORTGAGE LLC DBA MR COOPER »» 01P | Secured Creditors | $5,455.16 | $3,267.76 | $2,187.40 |

**Chapter 13 Case No. 22-13092-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,812.00 | Current Monthly Payment: | $977.60 |
| Paid to Claims: | $27,788.32 | Arrearages: | $2,219.20 |
| Paid to Trustee: | $2,572.52 | Total Plan Base: | $47,695.20 |
| Funds on Hand: | $451.16 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.